UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BENJAMIN JENKINS,** | : |
| Plaintiff | : CIVIL ACTION NO. 1:20-1886 |
| v. | : (JUDGE MANNION) |
| **KILOLO KIJAKAZI,**<br>**Acting Commissioner of**<br>**Social Security,**[1] | : |
| Defendant | : |

# O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** The plaintiff's objections to the report and recommendation of Judge Carlson, (Doc. 23) are **OVERRULED**.

**(2)** The report and recommendation of Judge Carlson (Doc. 22) is **ADOPTED IN ITS ENTIRETY** as the ruling of the court.

**(3)** The decision of the Commissioner denying the plaintiff's claim for supplemental security income is **AFFIRMED**.

---

[1] Kilolo Kijakazi became the Commissioner of Social Security effective July 9, 2021, to succeed Andrew Saul. Under Fed.R.Civ.P. 25(d)(1) and 42 U.S.C. §405(g), Kilolo Kijakazi is automatically substituted as the defendant in this action.

Case 1:20-cv-01886-MEM   Document 26   Filed 04/04/22   Page 2 of 2

**(4)** The Clerk of Court is directed to **CLOSE THIS CASE**.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATED: April 4, 2022**
20-1886-01